In the Matter of the Claim of JOHN LAPP, Respondent, against OWL LAUNDRY SERVICE, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted May 22, 1944; decided May 25, 1944.

Motion by appellants to amend the remittitur denied, without costs, and without prejudice to the right of appellants, if they be so advised, to apply to the Appellate Division for correction of the order entered on the remittitur of this court. (See 292 N. Y. 582.)